Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM GREGORY OVERSTREET,<br><br>Defendant. | DOCKET NO. 6:13-mj-050-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

    Defendant, Adam Gregory OVERSTREET, was arrested July 13, 2013, in Yosemite National Park and charged with four counts in a criminal complaint: Count 1: simple assault; Count 2: engaging in fighting, threatening, or violent behavior; Count 3: under the influence of alcohol or drugs to a degree one may be danger to oneself or others; and Count 4: unreasonable noise. OVERSTREET plead guilty July 24, 2013, to Count 3 and Count 4, all other counts were dismissed. OVERSTREET was sentenced to pay a fine of $750, 12 months of unsupervised probation, obey all laws, and to complete 52 weeks of counseling. On July 21, 2014, this court signed a Probation Violation alleging OVERSTREET failed to complete the 52 weeks of counseling. On July 23, 2014, the court was provided with proof of completion of the counseling. The Government withdraws its request for a Probation Violation in this matter.

1

| | |
|---|---|
| Dated: July 24, 2014 | By: /s/ Matthew McNease |
| | Matthew McNease |
| | Acting Legal Officer |
| | Yosemite National Park, CA |

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

( x )   The Probation Violation is retracted

IT IS SO ORDERED.

Dated:   July 28, 2014           /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE